AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

BILLY WAYNE JESSIE

V.

KEN GRACE

**JUDGMENT IN A CIVIL CASE**

Case Number: CIV-10-110-JHP-SPS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That Plaintiff's requests for injunctive relief are DISMISSED WITH PREJUDICE, and Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

| | |
|---|---|
| 6/2/2011 | WILLIAM B. GUTHRIE |
| Date | Clerk |
| | s/ C.Trzcinski |
| | (By) Deputy Clerk |